IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40586
Summary Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

LESTER CHARGOIS,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:97-CR-122-2
- - - - - - - - - -

February 10, 1999

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

    Lester Chargois appeals his conviction and sentence for
conspiracy and possession with intent to distribute crack
cocaine.  He argues that the evidence at trial was insufficient
to prove his identity as the perpetrator of those offenses.  The
Government presented two witnesses who identified Chargois as the
guilty party.  Their testimony was not contradicted.  A rational
trier of fact could have found that the evidence established

_____

    [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Chargois as the guilty party beyond a reasonable doubt.  See

Jackson v. Virginia, 443 U.S. 307, 318-19 (1979).

AFFIRMED.